

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Farah Nicole Matott, Kristi Rider, James Lance Irvin, and Tracy Foote,

\* From the 318th District Court of Midland County, Trial Court No. FM67371

Vs. No. 11-22-00362-CV

\* March 9, 2023

Caleb Lee Matott,

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed 50% against Farah Nicole Matott, Kristi Rider, James Lance Irvin, and Tracy Foote and 50% against Caleb Lee Matott.